Edward B. Healy, for appellant. Shannon & Morrill, for appellee.

Mr. Presiding Justice Holdom delivered the opinion of the court.

---

**Sarah V. Brown, appellee, v. Garden City Upholstering Company, appellant. Gen. No. 26,475.**

Action in forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Howard W. Hayes, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed June 13, 1921.

Joseph Rosenberg, for appellant; Benjamin Rosenberg, of counsel. Alexander H. Marshall, for appellee.

Mr. Presiding Justice Holdom delivered the opinion of the court.

---

**Margaret Pluard, appellee, v. The Maccabees, appellant. Gen. No. 26,538.**

Action upon a life benefit certificate. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed June 13, 1921. Rehearing denied June 27, 1921.

Busby, Weber, Miller & Donovan, for appellant; Arthur A. Anderson, of counsel. Peden, Graydon, Kahn & Murphy, for appellee; Thomas J. Graydon, of counsel.

Mr. Presiding Justice Holdom delivered the opinion of the court.

---

**Joseph Pender, appellee, v. John T. Saracino, appellant. Gen. No. 26,572.**

Action for malicious prosecution. Judgment for plaintiff upon remittitur from verdict. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed June 13, 1921. Rehearing denied June 27, 1921.

Cavender & Kaiser, for appellant; Walter V. Fackler, of counsel. Otto Schusterman, for appellee.

Mr. Presiding Justice Holdom delivered the opinion of the court.

---

**City of Chicago, appellee, v. John Healy, appellant. Gen. No. 26,584.**

Prosecution under a city ordinance for aiding, countenancing and assisting in making improper noises tending to a breach of the peace. Defendant convicted and fined. Appeal from the Municipal Court of Chicago; the Hon. Frank H. Graham, Judge, presiding. Heard in this court at the October term, 1920. Reversed. Opinion filed June 13, 1921.

J. K. McMahon, for appellant. Louis P. Piquett and Daniel Webster, for appellee.

Mr. Presiding Justice Holdom delivered the opinion of the court.